IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RALPH HARRISON BENNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-092 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; STATE OF GEORGIA; | ) | |
| DESHAWN JONES; BENJAMIN FORD; | ) | |
| KENNETH ELLIS; and | ) | |
| JENNIFER AMMONS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's equal protection claims, as well as any claims raised under the Georgia Constitution. The case shall proceed in accordance with the Magistrate Judge's July 24, 2025 Order. (See doc. no. 16.)

SO ORDERED this 21ST day of August, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA